IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE LUIS ALVAREZ MARTINEZ, | § § | |
| *Plaintiff,* | § § | SA-25-CV-01007-JKP |
| vs. | § § § | |
| SECRETARY OF USDHS KRISTI NOEM, ACTING DIRECTOR, ICE TODD M. LYONS, FOD, SAN ANTONIO MIGUEL VERGARA, WARDEN ROSE THOMPSON, | § § § § § § § | |
| *Defendants.* | § § | |

# ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Jose Luis Alvarez Martinez. Petitioner is a citizen of Mexico and alleges he is currently in detention at the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas. He alleges that he entered the United States 30 years ago when he was 15 years old, is married to a U.S. citizen, and has four U.S. citizen children. According to Petitioner, he has an immigration petition pending under the Violence Against Women Act, and the U.S. immigration Service (USCIS) issued a prima-facie determination demonstrating eligibility for benefits, which is valid until October 15, 2025. Nonetheless, Plaintiff was detained on May 21, 2025, by the Department of Homeland Security and placed in custody without bond. An immigration judge held a hearing on July 15, 2025, and entered an order granting Petitioner's request for release on bond. The Department of Homeland Security filed a notice of appeal on July 28, 2025, and sought an automatic stay of the

immigration judge's decision regarding his release during the pendency of the appeal. Petitioner remains in detention pending the decision by the Board of Immigration Appeals.

Petitioner alleges that the Department of Homeland Security has used the automatic stay provision to unilaterally override the immigration judge's determination without any procedural protections in violation of his right to due process. Accordingly, Petitioner claims that his detention violates the Fifth Amendment, and this Court should issue a writ of habeas corpus ordering his release. The Court has determined that Petitioner's habeas petition should be served on Respondents and that a response is warranted.

**IT IS THEREFORE ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus [#1] and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondents Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and Miguel Vergara, San Antonio Field Office Director. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas, 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Rose Thompson, Warden of Karnes County Immigration Processing Center, by mailing copies of the Petition for Writ of Habeas Corpus and this Order, certified mail, return receipt requested, to Warden Rose Thompson, Karnes County Residential Center, 409 FM1144, Karnes City, Texas, 78118. This shall constitute sufficient service of process on Warden Thompson.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other response to the Petition for Writ of Habeas Corpus within **30 days** from the date of service.

**IT IS FINALLY ORDERED** that Petitioner may file a reply to any answer or response filed by Respondents or a response to any motion filed by Respondents within **30 days** of the date the answer, response, or motion is filed.

SIGNED this 21st day of August, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE