**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**


**JOSE LUIS ALVAREZ MARTINEZ,**

   *Plaintiff*,

**v.**                                                        **Case No.  SA-25-CV-01007-JKP**

**SECRETARY OF USDHS KRISTI**
**NOEM, ACTING DIRECTOR, ICE**
**TODD M. LYONS, FOD, SAN ANTO-**
**NIO MIGUEL VERGARA, WARDEN**
**ROSE THOMPSON,**

   *Defendants.*


**O R D E R**

Before the Court is Petitioner Jose Luis Alvarez Martinez's Motion for Temporary Re-

straining Order and Preliminary Injunction. *ECF No. 6.* Respondents are **ORDERED** to file a

Response to Petitioner's Motion **no later than** <u>**Tuesday, August 26, 2025, at 3:00 p.m.**</u>

   It is so ORDERED.
   SIGNED this 21st day of August, 2025.


_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE