UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSE LUIS ALVAREZ MARTINEZ,

  *Plaintiff*,

v.   Case No. SA-25-CV-01007-JKP

SECRETARY OF USDHS KRISTI
NOEM, ACTING DIRECTOR, ICE
TODD M. LYONS, FOD, SAN ANTO-
NIO MIGUEL VERGARA, WARDEN
ROSE THOMPSON,

  *Defendants*.

**O R D E R**

Before the Court is Respondents' Advisory to the Court Regarding Petitioner's Release. *ECF No. 32*. The Advisory indicates Petitioner was released from custody October 31, 2025. *Id*.

Accordingly, the Court **ORDERS** the parties shall confer and **FILE** either a stipulation of dismissal or notice informing the Court of what matters, if any, remain to be resolved in this case by **no later than November 10, 2025, at 5:00 p.m**.

It is so ORDERED.
SIGNED this 5th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE